# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

NESHAJA HARRIOT, ET AL

vs.                                    NO.  4:07CV01104 SWW

HEALTHSCOPE BENEFITS, INC.

## ORDER OF DISMISSAL

Upon motion of separate plaintiff, Rhonda Martin, to dismiss this action with prejudice,

IT IS THEREFORE ORDERED that the motion is granted, and all claims of separate plaintiff, Rhonda Martin, in the above cause of action hereby are dismissed with prejudice, each party to bear its own fees, costs and expenses.

DATED this 25th day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE